UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14- 103(RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **INFORMATION** |
| ) | (26 U.S.C. § 7202) |
| BARRY VAUGHN VOSS, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

**Count 1**
(Failure to Account for and Pay Over Withheld Taxes)

1.   For the quarter ending December 31, 2008, the defendant, BARRY V. VOSS, having deducted and collected federal income taxes and FICA taxes in the amount of $12,955.16 from the employees of Barry V. Voss, P.A., the firm through which defendant did business in the District of Minnesota, and having reported to the IRS that such amount was due and owing for that quarter, did willfully fail to timely pay over to the Internal Revenue Service the full amount of said federal income taxes and FICA taxes which he withheld and collected from the employees and which were due and owing to

SCANNED
APR 1 5 2014
U.S. DISTRICT COURT ST. PAUL

U.S. v. Barry Vaughn Voss

the United States of America for the quarter ending December 31, 2008, in violation of Title 26 U.S.C. Section 7202.

Dated: April /5, 2014

ANDREW M. LUGER
United States Attorney

BY: LORI A. HENDRICKSON
ADAM R. SMART
Trial Attorneys
KAREN SCHOMMER
TIMOTHY C. RANK
Assistant United States Attorneys